**Kenneth E. JACKSON, Petitioner,**

v.

**Gloria JACKSON, Respondent.**

**Nos. 49760, 49802.**

Missouri Court of Appeals,
Eastern District,
Division Four.

May 6, 1986.

Motion for Rehearing and/or Transfer Denied June 4, 1986.

Application to Transfer Denied July 15, 1986.

Kenneth S. Lay, Clayton, for petitioner.

Charles T. Rouse, Salem, for respondent.

### ORDER

PER CURIAM.

Direct appeal from the trial court's award in a motion pendente lite by both parties. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears and an extended opinion would serve no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).